VINCENT SHANG (Bar No. 260892)
**RAINTREE LAW PC**
vincent.shang@raintreefirm.com
701 Fifth Avenue, Suite 4200
Seattle, WA 98104-5119
Tel.: (206) 208-2222
Fax: (206) 519-6648

Attorney for Plaintiff
ChrysusDAO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CHRYSUSDAO and J&J INVESTMENTS WORLDWIDE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MELCHOIR, an individual, FARAKH FARID, an individual, and RICHARD DENE, an individual<br><br>Defendants. | Case No.<br><br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMAND** |

# COMPLAINT

Plaintiffs ChrysusDAO and J&J Investments Worldwide, LLC, (collectively "Plaintiffs") file this Complaint against Defendants Thomas Melchoir, Farakh Farid, and Richard Dene ("Defendants") and alleges as follows:

## NATURE OF THE ACTION

1. This is an action concerning Defendants theft of crytpocurrency from a Singaporean cryptocurrency business, ChrysusDAO and its U.S. subsidiary, J&J Investments Worldwide LLC. An individual who resides in Southern California manages both.

2. Plaintiff is seeking damages and specific relief.

## THE PARTIES

3. Plaintiff ChrysusDAO is a DAO formed under Singapore law doing business in Singapore. ChrysusDAO consists of an American, naturalized citizen Shu Li ("Li") and and another individual residing in Florida on an E2 visa, Muhammad Subhani. ChrysusDAO was founded concurrently in Pakistan and Singapore and retained two individuals, Thomas Melchoir and Farikh Farah.

4. Plaintiff J&J Investments Worldwide, LLC, is a subsidiary of ChrysusDAO formed and incorporated in the city of Irvine, California. Li and another naturalized, American citizen, XiPing Wu, comanage J&J Investments Worldwide liability, LLC.

5. Thomas Melchoir is an individual residing in Switzerland. Plaintiff is informed and believes, and upon such information herein alleges that Farakh Farid resides in London, Great Britain, and Richard Dene resides Dubai, United Arab Emirates. Thomas Melchoir and Farakh Farid are both officers of Zenova Group PLC, which is located at 101 Kings Road, Brentwood, Essex CM14 4DR in the United Kingdom.

## JURISDICTION AND VENUE

6. Defendant Thomas Melchoir is a citizen of Switzerland. Defendants Farakh Farid and Richard Dene are citizens of the United Kingdom of Great Britain and Northern Ireland.

7. This Court has jurisdiction over the subject matter of this action under 15 U.S.C. § 205b because ChrysusDAO has copies of Defendants' passports from when they worked for ChrysusDAO.

8. There is complete diversity of citizenship between all Plaintiffs and all Defendants in this case. The amount in dispute in this action, exclusive of interest and costs, exceeds the sum of $75,000. Therefore, this Court has jurisdiction over this dispute under 28 U.S.C. § 1332.

9. This Court has personal jurisdiction over Defendants Thomas Melchoir and Farakh Farid because Defendants Thomas Melchoir and Farakh Farid are individuals in England, Estonia, and Dubai, respectively.

10. Venue in this district is proper under 28 U.S.C. § 1332 because Parties live in different international jurisdictions.

## FACTS COMMON TO ALL CLAIMS OF RELIEF

11. ChrysusDAO issues ChrysusDAO cryptocurrency.

12. Defendants stole the cryptocurrency from ChrysusDAO's wallet and used the likeness of ChrysusDAO's founder, Li, to promote their own cryptocurrency under the umbrella of ChrysusDAO's cryptocurrency.

13. Plaintiffs never authorized Defendants' theft of ChrysusDAO cryptocurrency, the sale of BabyGov, or Shu's likeness. Plaintiff did not discover the unauthorized use of their own cryptocurrency and its sales until 2024.

14. Defendants are promoting and selling their cryptocurrency under the ChrysusDAO cryptocurrency without Plaintiffs' authorization or consent. Defendants' cryptocurrency is available on cryptocurrency platforms.

15. Counsel for Plaintiffs emailed Defendants about their violations, and Defendants denied all allegations against them. (Exh "A")

16. Defendants continue promoting their own cryptocurrency on Youtube and selling it on cryptocurrency exchanges.

**FIRST CLAIM FOR RELIEF**

(Breach of Contract)

(Against Defendants Thomas Melchoir, Farakh Farid, and Richard Dene)

17. On Thursday, April 17, 2025, Plaintiffs and Defendants entered into a contract by which Plaintiff promoted and sold ChrysusDAO cryptocurrency for an agreed upon sum of $100,000.00. The agreement detailed the responsibilities and duties of Plaintiff and Defendants.

18. Plaintiffs have duly performed all of its obligations and duties under the contract, and the work was completed on April 17, 2025.

19. Defendant has breached the contract by refusing to pay Plaintiff the agreed upon sum of $100,000.00, despite accepting and using the work.

20. On June 17, 2025, and August 17, 2025, Plaintiff demanded that Defendant fulfill its obligations under the contract, but Defendant refused (Ex A.).

21. As a result of Defendant's breach of contract, Plaintiff has been damaged in an amount to be determined by the court, but no less than $500,000.00 because ChrysusDAO has not been able to promote its cryptocurrency due to the confusion between ChrysusDAO cryptocurrency and their own.

**SECOND CLAIM FOR RELIEF**

(Conversion)

(Against Defendants – Thomas Melchoir, Farakh Farid, and Richard Dene)

22. Plaintiffs owned the right to ChrysusDAO's cryptocurrency.

23. Defendants substantially interfered with ChrysusDAO's cryptocurrency by stealing it from Plaintiffs' inventory, rebranding it, and using Li's likeness to promote their own cryptocurrency, BabyGov.

24. Plaintiffs never consented to the theft of ChrysusDAO's cryptocurrency or using Li's likeness to promote and sell their own cryptocurrency.

25. Plaintiffs were harmed because they cannot sell ChrysusDAO cryptocurrency without it being confused with Defendants' cryptocurrency.

26. Defendants' conduct was a substantial factor in causing Plaintiffs' harm.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment against Defendants, granting Plaintiff the following relief:

1. The entry of judgment in favor of the plaintiff on each and every cause of action;

2. The award of the requested equitable relief;

3. The award of costs of the suit and attorney's fees, if applicable; and

4. Such other relief as the Court deems just and proper.

**DEMAND FOR TRIAL BY JURY**

Plaintiff demands a trial by jury on the following issues: Whether Defendant's theft of the cryptocurrency and use of the founder's likeness was permitted and/or authorized.

1
2
3  Dated: December 16, 2025           **RAINTREE LAW PC**
4
5           *Vincent Shang*
            _____
            VINCENT SHANG
6
7           Attorneys for Plaintiffs, CHRYSUSDAO and J&J
            INVESTMENTS WORLDWIDE, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

**From:** Thomas Melchior <thomasmelchior@hotmail.com>
**Sent:** Wednesday, June 4, 2025 2:36 AM
**To:** Vincent Shang <vincent.shang@raintreefirm.com>; farakhfarid@gmail.com <farakhfarid@gmail.com>; hawaladex@gmail.com <hawaladex@gmail.com>
**Cc:** farakh@zenovagroup.com <farakh@zenovagroup.com>; eedog4@gmail.com <eedog4@gmail.com>; richard@betcrypto.ai <richard@betcrypto.ai>; thomas@zenovagroup.com <thomas@zenovagroup.com>; Tara Holland <Tara.Holland@raintreefirm.com>
**Subject:** RE: ChrysusDAO Demands

EXTERNAL

Hello Vincent,

Refute and strongly disagree with the contents of your letter.

Your statements completely misses out the agreements to hire the service of Mr. Richard Hill, Mr. Farakh Faridh and myself and completely misses out agreements made during email correspondence and Zoom meetings.

Give us two weeks to formally reply.

Regards
Thomas Melchior


**From:** Vincent Shang <vincent.shang@raintreefirm.com>
**Sent:** Monday, 2 June 2025 23:06
**To:** farakhfarid@gmail.com; hawaladex@gmail.com; Thomasmelchior@hotmail.com
**Cc:** farakh@zenovagroup.com; eedog4@gmail.com; richard@betcrypto.ai; thomas@zenovagroup.com; Tara Holland <Tara.Holland@raintreefirm.com>
**Subject:** ChrysusDAO Demands

All,

I represent CyrsusDAO. Attached is a letter for your review. I'm available for your responses.

Best,

Vincent

[Image removed by sender.]
[Image removed by sender.]
[Image removed by sender.]
[Image removed by sender.]

[Image removed by sender.]
[Image removed by sender.]