**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-12014-GW-BFMx | Date | May 11, 2026 |
|---|---|---|---|
| Title | *ChrysusDAO, et al. v. Thomas Melchoir, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

None Present                                  None Present

**PROCEEDINGS:**      **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On April 29, 2026, the Court issued an Order to Show Cause re Lack of Prosecution [9]. Plaintiff was ordered to respond no later than May 8, 2026. To date, no response or objection has been filed. Accordingly, this action is hereby dismissed without prejudice.

                                                                    :

                                        Initials of Preparer    JG